1 | Benjamin K. Riley (112007)
2 | Matthew F. Greinert (239492)
  | HOWREY LLP
3 | 525 Market Street, Suite 3600
  | San Francisco, California 94105
4 | Telephone: (415) 848-4900
  | Facsimile: (415) 848-4999
5 | rileyb@howrey.com
  | greinertm@howrey.com
6 | Attorneys for KLEIN-BECKER usa, LLC
7 | Matthew Kumin (177561)
  | THE LAW OFFICES OF MATTHEW KUMIN, P.C.
8 | 870 Market St., Ste. 1128
  | San Francisco, California 94102
9 | Telephone: (415) 434-8454
  | Facsimile: (415) 434-8453
10 | matt@mattkuminlaw.com
11 | Attorneys for ROBERT DENTE, SR.,
   | TOTAL BODY SOLUTIONS, LLC, AND
12 | MEDABIOTICS, LLC
13 | Tom Harty
   | LEVY, ANGSTREICH, FINNEY,
14 | BALDANTE, RUBENSTEIN & COREN, P.C.
   | 1616 Walnut St., 5th Fl.
15 | Philadelphia, PA 19103
   | Telephone: (215) 735-1616
16 | Facsimile: (215) 545-2642
   | tharty@levyangstreich.com
17 |
   | Attorneys for ROBERT DENTE, SR.,
18 | TOTAL BODY SOLUTIONS, LLC, AND
   | MEDABIOTICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLEIN-BECKER usa, LLC, | Case No. C 06-80342 MISC MMC (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TRANSFER MISCELLANEOUS MATTER TO THE DISTRICT OF UTAH** |
| v. | |
| ALL WEB, LLC, et al., | |
| Defendants. | |

HOWREY LLP

Case No. C 06-80342 MISC MMC (BZ)
STIPULATION AND [PROPOSED] ORDER TO
TRANSFER MISCELLANEOUS MATTER

On October 13, 2006, Klein-Becker usa, LLC ("Klein-Becker") served a subpoena pursuant to Federal Rule of Civil Procedure 45 on nonparty Google, Inc. ("Google"). On November 28, 2006, Robert Dente, Sr., Total Body Solutions, LLC and Medabiotics, LLC (collectively "Dente"), as nonparties-in-interest, moved to quash the subpoena or in the alternative for a protective order.

On December 6, 2006, the Court, Dente and Klein-Becker held a telephonic conference call regarding scheduling on the pending motion. In that call, the Court requested that the parties discuss a stipulation to transfer the matter to the United States District Court for the District of Utah, where the underlying case is pending. The next day, the Court issued a Briefing Order instructing the parties to prepare and file a stipulation to transfer the case if such an agreement could be reached. Pursuant to this stipulation, Dente and Klein-Becker hereby agree and request to transfer this miscellaneous matter to the United States District Court for the District of Utah.

Accordingly, Klein-Becker and Dente submit this Stipulation to transfer Dente's Motion to Quash Subpoena or Alternatively, for a Protective Order, dated November 28, 2006, to the United States District Court for the District of Utah where the underlying case (<u>Klein-Becker usa, LLC v. All Web, LLC, et al.</u>, Case No. 2:05cv00518TC-BW) is presently pending. See <u>U.S. v. Star Scientific, Inc.</u>, 205 F. Supp. 2d 482 (D. Md. 2002).

Dated: December 18, 2006

HOWREY LLP

By: /s/ Benjamin K. Riley
Benjamin K. Riley
Matthew F. Greinert

Attorneys for KLEIN-BECKER usa, LLC

Dated: December 15, 2006

LEVY, ANGSTREICH, FINNEY,
BALDANTE, RUBENSTEIN & COREN, P.C.

By: /s/ Thomas F. Harty
Tom Harty

Attorneys for ROBERT DENTE, SR.,
TOTAL BODY SOLUTIONS, LLC, AND
MEDABIOTICS, LLC

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties and for good cause appearing therefor, IT IS HEREBY ORDERED that Case No. C 06-80342 MISC MMC (BZ) is transferred to the United States District Court for the District of Utah as a related matter to <u>Klein-Becker usa, LLC v. All Web, LLC, et al.</u>, Case No. 2:05cv00518TC-BW.

Dated: December 18, 2006

_____
Hon. Bernard Zimmerman
United States Magistrate Judge